ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00011 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION OF PARTIES TO |
| ) | VACATE STATUS HEARING, |
| ) | UNSEAL RECORD, AND |
| PAUL A.I. MENDIOLA, ) | SET SENTENCING |
| ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, John T. Gorman, hereby stipulate to vacate the status hearing, now

//
//
//
//
//
//
//
//
//

scheduled for August 29, 2005, unseal the record, and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 8/25/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 8/25/05

_____
JOHN T. GORMAN
Attorney for Defendant