1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Street
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00011 |
| Plaintiff, ) | |
| vs. ) | **ORDER re:** |
| ) | **Stipulation to Vacate Status** |
| ) | **Hearing, Unseal Record, and** |
| PAUL A.I. MENDIOLA, ) | **Set Sentencing Hearing** |
| Defendant. ) | |

Based on the stipulation of the parties filed on August 26, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing is vacated, the record is unsealed, and that sentencing is set for Wednesday, December 14, 2005 at 9:00 a.m.[1] The presentence report shall be provided to the parties no later than October 20, 2005. The parties shall file their responses to the presentence report no later than November 3, 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than November 17, 2005.

DATE: August 26, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

---

[1] The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, shall preside over the sentencing hearing.