ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ALBERT PORTUSACH MENDIOLA, JR., ) <br> and PAUL A.I. MENDIOLA, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. <u>05-00011</u> <br><br> **UNITED STATES' APPLICATION TO UNSEAL RECORD** |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-captioned matter, as to defendant ALBERT PORTUSACH MENDIOLA, JR., for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this 31st day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney