LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00011 |
| Plaintiff, ) | |
| vs. ) | **ORDER re:** |
| ) | September 1, 2005, Application |
| ) | to Unseal Record |
| ALBERT PORTUSACH MENDIOLA, JR., ) | |
| and PAUL A.I. MENDIOLA, ) | |
| Defendant. ) | |

Based on the United States Application to Unseal Record, as to defendant ALBERT PORTUSACH MENDIOLA, JR., filed September 1, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the record be unsealed.

9/1/05

S. JAMES OTERO*
District Court of Guam

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.

**ORIGINAL**

Case 1:05-cr-00011   Document 34   Filed 09/01/2005   Page 1 of 1