UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>PAUL A.I. MENDIOLA<br>Defendant. | CRIMINAL CASE NO. 05-00011-001<br><br>INFORMATIONAL REPORT |

**Re: Informational Report; No Action Requested**

On February 22, 2005, Paul A. I. Mendiola made his Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to an Indictment charging him with Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846 and Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, and 18 U.S.C. § 2.

On the same date, Mr. Mendiola was released on a $20,000 unsecured bond with conditions that he report to the U.S. Probation Office and the Drug Enforcement Administration as directed; maintain or actively seek employment; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed address and not change residence unless approved by the Court or U.S. Probation Office; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; report as soon as possible any contact with law enforcement; and not go near any ports of entry or exit. He is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

INFORMATIONAL REPORT
Information Report; No Action Requested
Re: MENDIOLA, Paul A.I.
USDC Cr. Cs. No. 05-00011-001
September 23, 2005
Page 2

On September 8, 2005, Mr. Mendiola submitted to urinalysis which tested presumptive positive for methamphetamine. He denied any illegal drug use and the specimen was sent to Quest Laboratories for confirmation. On September 14, 2005, the Probation Office received laboratory confirmation that the specimen was positive for d-amphetamine and d-methamphetamine. On September 19, 2005, Mr. Mendiola executed an admission form, admitting to using "ice" on September 5, 2005.

Mr. Mendiola has been actively attending Narcotics Anonymous meetings since September 12, 2005, and participated in a twelve step spiritual meeting at the Lighthouse Recovery Center. He has made treatment inquiries at the Lighthouse Recovery Center as well as the substance abuse program at the Department of Mental Health and Substance Abuse. He has intake appointment with the Lighthouse Recovery Center which has been verified.

Mr. Mendiola's most recent employment was with Advance Management, Inc. On September 2, 2005, he was terminated from the company for a positive drug test. He understands that he must actively seek another job. Mr. Mendiola is in compliance with the other conditions of his release.

**Recommendation:** It is recommended that this report be for informational purposes only and that no action be taken at this time. Mr. Mendiola's compliance will continue to be closely monitored and any further violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Marivic David, AUSA
David Lujan, Defense Counsel
File