**LUJAN UNPINGCO AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Paul A.I. Mendiola*

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE CR05-00011 |
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUION OF ATTORNEY |
| PAUL A.I. MENDIOLA, | ) | |
| Defendant. | ) | |

Defendant, PAUL A.I. MENDIOLA, hereby substitutes the Law Office of LUJAN UNPINGCO

AGUIGUI & PEREZ LLP as Attorney of Record in place of the Federal Public Defender.

Dated: 6|30|05

_____,
PAUL A.I. MENDIOLA.

The Federal Public Defender agrees to the above substitution and hereby withdraws as Attorney of

Record for Defendant herein.

Dated: 10/20/05

OFFICE OF THE FEDERAL PUBLIC
DEFENDER
ATTORNEYS FOR DEFENDANT.

BY: _____,
JOHN GORMAN.

Substitution of Attorney
USA vs. Paul A.I. Mendiola
CR05-00011

ORIGINAL

1    The Law Offices of LUJAN UNPINGCO AGUIGUI & PEREZ hereby enters its appearance

2  as Attorney of Record for Defendant herein.

3        Dated: 6/30/05

4
                                    LUJAN UNPINGCO AGUIGUI & PEREZ LLP
5                                   ATTORNEYS FOR DEFENDANT.

6
                                    BY: _____,
7                                         DAVID J. LUJAN.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
Substitution of Attorney
28  USA vs. Paul A.I. Mendiola
     CR05-00011

ORIGINAL