FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL A.I. MENDIOLA, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00011 <br><br><br> **ORDER** |

On February 22, 2005, the Federal Public Defender ("FPD") was appointed to represent the above-named Defendant (the "Defendant"). (Docket No. 5.)

On March 30, 2005, the law firm of Lujan, Unpingco, Aguigui & Perez LLP, through attorney Peter C. Perez, filed an Entry of Appearance on behalf of co-defendant Albert Portusach Mendiola, Jr. (Docket No. 14.)

On October 20, 2005, a pleading entitled Substitution of Attorney was filed on behalf of the Defendant. (Docket No. 38.) Therein, the law firm of Lujan, Unpingco, Aguigui & Perez LLP sought to replace the FPD and substitute itself as counsel for the Defendant. (Id.) Before the Court can approve the substitution, out of an abundance of caution and concern for the Sixth Amendment rights of the Defendant and the co-defendant and the integrity of the proceedings, the Court hereby sets this matter for a hearing on Monday, October 24, 2005 at 2:30 p.m.

SO ORDERED this 21st day of October 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL

Case 1:05-cr-00011    Document 39    Filed 10/21/2005    Page 1 of 1