DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00011-001   DATE: October 24, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 3:32:43 - 3:40:38   CSO: N. Edrosa

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: PAUL A.I. MENDIOLA**   **ATTY: JOHN GORMAN**
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.   ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

**DEFT: ALBERT PORTUSACH MENDIOLA, JR.**   **ATTY: PETER C. PEREZ**
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.   ( X ) PRESENT   ( X ) RETAINED   ( ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID   AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: CARMEN O'MALLAN   U.S. MARSHAL: W. GRAY

INTERPRETER: _____   ( ) SWORN   LANGUAGE: _____

**PROCEEDINGS:   MOTION TO SUBSTITUTE ATTORNEY**

( ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANT(s)
( X ) MOTION(s)  _X_ Granted   ____ Denied   ____ Withdrawn   ____ Under Advisement
( X ) ORDER SUBMITTED  _X_ Approved   ____ Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court advised both defendant's that if a conflict arises and they can no longer be represented by the same attorney, then one of them may have to seek new counsel.

The Court Granted the Motion to Substitute Attorney and executed the order submitted by counsel.

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
next page

Courtroom Deputy: