1  **LUJAN UNPINGCO AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   Hagåtña, Guam 96910
3  Telephone (671) 477-8064/5
   Facsimile (671) 477-5297
4
   *Attorneys for Paul A.I. Mendiola*
5

**FILED**
DISTRICT COURT OF GUAM

OCT 24 2005

**MARY L.M. MORAN
CLERK OF COURT**

6

7                    # IN THE DISTRICT COURT OF GUAM

8  UNITED STATES OF AMERICA,               )   CRIMINAL CASE CR05-00011
                                           )
9                    Plaintiff,            )
                                           )
10         vs.                             )   ORDER
                                           )
11  PAUL A.I. MENDIOLA,                    )
                                           )
12                   Defendant.            )
   _____)

13         IT IS HEREBY ORDERED that Defendant, PAUL A.I. MENDIOLA, substitutes the Law Office of

14  LUJAN UNPINGCO AGUIGUI & PEREZ LLP as Attorney of Record in place of the Federal Public

15  Defender.

16         SO ORDERED this 27th day of October, 2005.

17

18                                              _____,

19                                              ~~DESIGNATED JUDGE,~~
                                                ~~DISTRICT COURT OF GUAM~~
20                                              JOAQUIN V.E. MANIBUSAN, JR.
                                                Magistrate Judge

21

22  **RECEIVED**

23

24    OCT 20 2005

25  **DISTRICT COURT OF GUAM
    HAGATNA, GUAM**

26

27  ORDER
   USA vs. Paul A.I. Mendiola
28  CR05-00011

