LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
|---|---|
| vs. | STIPULATION FOR CONTINUANCE |
| PAUL A.I. MENDIOLA, | |
| Defendant. | |

The undersigned stipulate to extend the time to file a Presentence Report Responses and the sentencing hearing, currently scheduled for December 14, 2005 at 9:00 a.m. The defense requests the continuance for the following reasons:

1. Instant counsel for Defendant Paul Mendiola was substituted in on October 24, 2005;

2. Defense counsel needs additional time to prepare PSR responses;

3. Defense counsel is seeking additional cooperation opportunities for his client; and

4. Defense counsel anticipates being on leave on the currently set sentencing date.

IT IS SO STIPULATED this 17th day of November, 2005:

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Paul A.I. Mendiola*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*

ORIGINAL

Case 1:05-cr-00011   Document 46   Filed 11/17/2005   Page 1 of 1