**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
| vs. | **ORDER GRANTING STIPULATION FOR CONTINUANCE** |
| PAUL A.I. MENDIOLA, | |
| Defendant. | |

Whereas, the Stipulation for Continuance was filed on November 17, 2005.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The new dates are set out as follows:

1. The Presentence Report Responses shall be filed on January 12, 2006.

2. The sentencing hearing previously set for December 14, 2005 at 9:00 a.m. shall be continued for sixty (60) days, or February 16, 2006 at 10:00 a.m.

Dated: November 17, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

RECEIVED
NOV 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL