**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
| vs. | **STIPULATION FOR CONTINUANCE** |
| PAUL A.I. MENDIOLA, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America through Marivic P. David, Esq. and Defendant Paul A.I. Mendiola, through his counsel, Peter C. Perez, Esq., hereby stipulate to continue the deadline of the Presentence Investigation Report and the Sentencing hearing currently scheduled for February 16, 2006 at 10:00 a.m., to dates no earlier than forty-five (45) days. This continuance is requested by defense counsel, who will be in trial in the Superior Court of Guam in *People v. Luis G. Seagraves, Jr.*, CF0363-03, and which trial is expected to last about a month.

IT IS SO STIPULATED this **20th** day of January, 2006:

**LUJAN AGUIGUI & PEREZ** LLP

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Paul A.I. Mendiola*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*