AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

V.

**PAUL A.I. MENDIOLA**

**NOTICE**

CASE NUMBER: CR-05-00011-001

TYPE OF CASE:
☐ CIVIL   X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING

**FILED**
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue | Thursday, February 16, 2006 at 10:00 a.m. | Tuesday, February 14, 2006 at 11:00 a.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 7, 2006
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Peter C. Perez
U.S. Probation Office
U.S. Marshals Service