# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>vs.<br><br>Paul A.I. Mendiola,<br><br>                Defendant. | Case No. 1:05-cr-00011-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed February 7, 2006*, on the dates indicated below:

*U.S. Attorney's Office*    *Peter Perez*    *U.S. Probation Office*    *U.S. Marshals Service*
*February 8, 2006*    *February 7, 2006*    *February 8, 2006*    *February 8, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing filed February 7, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 9, 2006                        /s/ Marilyn B. Alcon
                                                         Deputy Clerk