LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

FILED
DISTRICT COURT OF GUAM
FEB 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
| vs. | **ORDER GRANTING STIPULATION FOR CONTINUANCE** |
| PAUL A.I. MENDIOLA, | |
| Defendant. | |

Whereas, the Stipulation for Continuance was filed on February 10, 2006.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The sentencing hearing previously set for February 14, 2006 at 11:00 a.m. shall be continued until April 13, 2006 at 9:30 a.m.

Dated: 2-13-06

Larry Alan Burns
Designated Judge
District Court of Guam