LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 28 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL A.I. MENDIOLA,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00011<br><br>**ORDER**<br>Re: March 27, 2006<br>Stipulation of Parties<br>(3rd Request) |

Based on the Stipulation of Parties filed March 27, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the sentencing hearing presently scheduled for April 13, 2006, be continued to June 5, 2006, at 10:30 a.m. before the Honorable John A. Houston, United States District Judge for the Southern District of California.

DATED this 28th day of March 2006.

　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

**ORIGINAL**