LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

FILED
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL A.I. MENDIOLA,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00011<br><br>**STIPULATED MOTION TO CONTINUE SENTENCING** |

Comes now the parties, Lujan Aguigui & Perez, LLP, by and through the undersigned attorneys, and United States of America, by and through their attorney, Marivic P. David, and hereby stipulate and request that the Sentencing hearing currently set for June 5, 2006 be continued approximately two (2) months thereafter to be set by the Court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 6/1/06        By: _____
                          MARIVIC P. DAVID
                          Assistant U.S. Attorney

DATE: 6/1/06        By: _____
                          PETER C. PEREZ, ESQ.
                          *Attorney for Defendant*