LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile    (671) 477-5297

*Attorneys for Defendant Paul A.I. Mendiola*

FILED
DISTRICT COURT OF GUAM
JUN - 2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL A.I. MENDIOLA,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00011<br><br>**ORDER**<br>Re 5th Stipulation to Continue Sentencing |

Based on the Stipulation of Parties filed June 1, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for June 5, 2006, is continued to August 22, 2006, at 9:30 a.m.

**IT IS FURTHER ORDERED** that the Defendant shall retain new counsel and file a substitution of counsel by June 30, 2006.

DATE: June 2, 2006

　　　　　　　　　　　　　　　　　　　　　　
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**