LAW OFFICE OF
TERRENCE M. BROOKS, P.C.
Ste. 101, 259 Martyr Street
Hagatna, Guam 96910

Attorneys for Paul A.I. Mendiola

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>-vs-<br><br>PAUL A.I. MENDIOLA,<br><br>  Defendant. | CRIMINAL CASE NO. CR05-00011<br><br>SUBSTITUTION OF COUNSEL |

Defendant, PAUL A.I. MENDIOLA, hereby substitutes the LAW OFFICES OF TERRENCE M. BROOKS, P.C. as his attorney in the above entitled matter in place of LUJAN, AGUIGUI & PEREZ, LLP.

Dated: 29-JUN-06

_____
Paul A.I. Mendiola

I hereby acknowledge the substitution

LUJAN, AGUIGUI & PEREZ, LLP

By: _____
DAVID J. LUJAN, ESQ.

I hereby accept the substitution.

TERRENCE M. BROOKS, P.C.

By: _____
TERRENCE M. BROOKS

**SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE
Judge, District Court of Guam