LAW OFFICE OF
TERRENCE M. BROOKS, P.C.
Ste. 101, 259 Martyr Street
Hagatna, Guam 96910

Attorneys for Paul A.I. Mendiola



**FILED**
DISTRICT COURT OF GUAM
JUL -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>-vs-<br>PAUL A.I. MENDIOLA,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00011<br><br>ORDER |

The Substitution of Counsel filed on June 30, 2006, is hereby approved.

**IT IS HEREBY ORDERED** that the Law office of Terrence M. Brooks, P.C. is hereby substituted as retained counsel of record for the Defendant in the above-captioned matter.

**DATED** this 3rd day of July 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge