# ORIGINAL

**LAW OFFICE OF TERRENCE M. BROOKS, P.C.**
C & A Professional Building, Suite 101
251 Martyr Street
Hagåtña, Guam 96910
Telephone: (671) 472-6848

*Attorneys for Defendant Paul A.I. Mendiola*

**FILED**
DISTRICT COURT OF GUAM

AUG 17 2006

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | **CRIMINAL CASE NO. CR05-00011** |
| vs. | |
| PAUL A.I. MENDIOLA, | **STIPULATION FOR CONTINUANCE** |
| Defendant. | |

The parties in the above entitled matter, the United States of America through Maravic P. David, Esq., and Defendant Paul A.I. Mendiola, through his counsel, David Rivera, Esq., hereby stipulate to continue the sentencing hearing currently scheduled for August 22, 2006, at 9:30 a.m., for at least 30 days. This continuance is requested by defense counsel on the following grounds:

1.      Instant counsel for Defendant Paul Mendiola recently was substituted in on July 3, 2006.

2.      Defense counsel needs additional time to prepare a response to the PSR. More particularly, there is an issue concerning the base offense calculation which requires more time to research and develop.

3.      Defendant Paul Mendiola has nearly completed a drug treatment program with the Lighthouse recovery program. Defendant has not yet received a certificate of completion. He wishes to have that available to present at sentencing for the Court's consideration.

IT IS SO STIPULATED this 17th day August, 2006:

The Law Offices of
Terrence M. Brooks, P.C.

David Rivera, Esq.
*Attorneys for Defendant Paul A.I. Mendiola*

**LEONARDO M. RAPADAS**
United States Attorney

**MARAVIC P. DAVID**
*Assistant U.S. Attorney*

Case 1:05-cr-00011    Document 71    Filed 08/17/2006    Page 1 of 1