LAW OFFICE OF TERRENCE M. BROOKS, P.C.
C & A Professional Building, Suite 101
251 Martyr Street
Hagåtña, Guam 96910
Telephone: (671) 472-6848

*Attorneys for Defendant Paul A.I. Mendiola*

FILED
DISTRICT COURT OF GUAM
AUG 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00011 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| PAUL A.I. MENDIOLA, ) | |
| Defendant. ) | |

Whereas, a Stipulation for Continuance was filed on August 17, 2006.

Whereas, the Court having reviewed the records of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The sentencing hearing previously set for August 22, 2006 at 9:30 a.m. shall be continued until Friday, September 22, 2006, at 9:30 a.m.

Dated: August 18, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL