# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**PAUL A.I. MENDIOLA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-05-00011-001** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**3rd FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | Room<br>**320** |
|---|---|
| | Date and Time<br>**Tuesday, September 19, 2006 at 1:30 p.m.** |
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Pretrial Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3148**

Brief description of offense:

**SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE PREVIOUSLY FILED ON AUGUST 31, 2006**

<br><br><br>

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

**August 31, 2006**
Date

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]　　　　　　Date |
| Check one box below to indicate appropriate method of service |

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____　　　　　　_____
　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　Name of United States Marshal

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.