# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>PAUL A.I. MENDIOLA<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-05-00011-001** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>320 |
|---|---|
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Tuesday, September 19, 2006 at 1:30 p.m.** |

To answer a(n)
- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- **X** Pretrial Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3148**

Brief description of offense:

SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE PREVIOUSLY FILED ON AUGUST 31, 2006

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

August 31, 2006
Date

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]     Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9\6\06
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

AO83 (Rev. 10/03) Summons in a Criminal Case

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Case 1:05-cr-00011  Document 77  Filed 09/07/2006  Page 2 of 2