# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-05-00011-001　　　　　　　　　　DATE: September 19, 2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 1:35:45 - 1:38:29
CSO: B. Benavente / P. Taijeron

**APPEARANCES:**
Defendant: Paul A.I. Mendiola　　　　　　Attorney: David Rivera
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked or Modified**
- Proceedings continued to: September 22, 2006 at 9:30 a.m. for disposition before District Judge Morrison C. England, Jr.
- Defendant to remain released.

NOTES: