ORIGINAL

| | |
|---|---|
| **LAW OFFICE OF TERRENCE M. BROOKS, P.C.**<br>C & A Professional Building, Suite 101<br>251 Martyr Street<br>Hagåtña, Guam 96910<br>Telephone: (671) 472-6848<br><br>*Attorneys for Defendant Paul A.I. Mendiola* | <br>**FILED**<br>DISTRICT COURT OF GUAM<br><br>SEP 2 1 2006 <br><br>**MARY L.M. MORAN**<br>**CLERK OF COURT** |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>vs.<br><br>PAUL A.I. MENDIOLA,<br><br>            Defendant. | CRIMINAL CASE NO. CR05-00011<br><br>STIPULATION FOR CONTINUANCE |

The parties in the above entitled matter, the United States of America through Maravic P. David, Esq., and Defendant Paul A.I. Mendiola, through his counsel, David Rivera, Esq., hereby stipulate to continue the sentencing and violation hearing currently scheduled for September 22, 2006, at 9:30 a.m., to a date beyond October 25, 2006. This continuance is requested by defense counsel on the following grounds:

1. Defense counsel is in the process of preparing a response to the PSR. Additional time is needed to complete preparation of the response as there is an issue concerning the base offense calculation which requires more time to research and develop.

2. Defendant Paul Mendiola's cooperation resulted in the arrest, conviction and cooperation of his brother Albert Mendiola. It is defendant's position that any cooperation given by Albert is also attributable to Defendant Paul Mendiola. Upon information and belief, Albert Mendiola is scheduled to be sentenced on or about October 25, 2006. Defendant Paul Mendiola wishes to have his own sentencing date set beyond his brother's date to allow him to ascertain the full level of Albert's cooperation so that appropriate arguments concerning sentencing may be made before the Court.

3.  Defendant Paul Mendiola has nearly completed a drug treatment program with the Lighthouse recovery program. Defendant has not yet received a certificate of completion. He wishes to have that available to present at sentencing for the Court's consideration.

IT IS SO STIPULATED this 21st day September, 2006:

**The Law Offices of
Terrence M. Brooks, P.C.**

_____
David Rivera, Esq.
*Attorneys for Defendant Paul A.I. Mendiola*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**MARAVIC P. DAVID**
*Assistant U.S. Attorney*