LAW OFFICE OF TERRENCE M. BROOKS, P.C.
C & A Professional Building, Suite 101
251 Martyr Street
Hagåtña, Guam 96910
Telephone: (671) 472-6848

*Attorneys for Defendant Paul A.I. Mendiola*

**FILED**
DISTRICT COURT OF GUAM
SEP 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00011 |
| vs. | ORDER ~~GRANTING~~ DENYING STIPULATION FOR CONTINUANCE |
| PAUL A.I. MENDIOLA, | |
| Defendant. | |

Whereas, the Stipulation for Continuance was filed on September 21, 2006.

Whereas, the Court having reviewed the records of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the Stipulation for Continuance is hereby ~~granted. The sentencing and violation hearings previously set for September 22, 2006 at 9:30 a.m. shall be continued until _____, 2006 at _____ __.m.~~ DENIED.

Dated: SEP 21 2006

Morrison C. England, Jr.
Designated Judge
District Court of Guam

**ORIGINAL**