LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

SEP 21 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00011 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e)** |
| PAUL A.I. MENDIOLA, | |
| Defendant. | |

The United States moves for a substantial assistance downward departure to Level 26 based upon the substantial assistance the defendant has provided to the Drug Enforcement Administration and the U.S. Postal Service.

Upon his arrest on February 1, 2005, the defendant agreed to make a recorded telephone call to his source of drugs - his brother in Las Vegas, Nevada, which recorded incriminating conversations concerning the offense. The defendant's brother, Albert Mendiola, was indicted as well in the instant case and subsequently arrested in Las Vegas on February 17, 2005. Albert Mendiola also pleaded guilty and did not contest the administrative seizure of $25,950 in U.S. currency that was seized as drug proceeds in connection with his arrest.

ORIGINAL

For all these reasons, a downward departure to Level 26 which yields an advisory range of 63 to 78 months under Criminal History Category I is appropriate and the government will recommend a sentence of 63 months under said range.

RESPECTFULLY SUBMITTED this 21st day of September 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2