# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00011-001          DATE: September 22, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present                       Court Reporter: Cecille Flores
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 10:10:42 - 11:13:03
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Paul A.I. Mendiola                 Attorney: David Rivera
☒ Present ☐ Custody ☐ Bond ☒ P.R.            ☒ Present ☒ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David               U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: Maria Cruz                    U.S. Marshal: G. Perez
Interpreter:                                  Language:

**PROCEEDINGS: Disposition on Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked or Modified / Sentencing**
- Court stated the appropriate Offense Levels.
- Letter(s) of recommendation received by the Court.
- Government's motion for downward departure was <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>63 months, with credit for time served (approximately 1 day). While in prison, the defendant shall participate in a drug education program, as well as vocational and educational programs and the 500-hour intensive drug treatment program approved by the Bureau of Prisons.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>four years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: