LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hågatña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP 25 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIMINAL CASE NO. 05-00011 |
| ) | |
| Plaintiff,  ) | **GOVERNMENT'S MOTION** |
| ) | **TO DISMISS COUNT 2 OF** |
| vs.  ) | **INDICTMENT** |
| ) | |
| PAUL A.I. MENDIOLA,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

The United States hereby moves this Honorable Court for an order dismissing Count 2 of the Indictment in the above-entitled action.

This motion is made pursuant to a plea agreement, whereby defendant plead guilty, and was later sentenced, on Count 1.

RESPECTFULLY SUBMITTED this 25th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney