LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> PAUL A.I. MENDIOLA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00011 <br><br> ORDER <br> Re: September 25, 2006 <br> United States' Motion to Dismiss <br> Count 2 of Indictment |

The United State's Motion to Dismiss Count 2 of the Indictment in the above cause, filed September 25, 2006, is hereby granted.

**SO ORDERED** this 28th day of September, 2006.

_____
Morrison C. England, Jr.
Designated Judge
District Court of Guam

ORIGINAL