PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

FILED
DISTRICT COURT OF GUAM
OCT -3 2006
MARY L.M. MORAN
CLERK OF COURT

[X] Original Notice                    [X] Notice of Disposition

| Date: | February 22, 2005 | Date: | September 22, 2006 |
| --- | --- | --- | --- |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | Morrison England, Jr.<br>Designated U.S. District Judge |

| Defendant: | MENDIOLA, Paul Albert Iriarte | Case Number: | USDC CR. CS. NO. 05-00011-001 |
| --- | --- | --- | --- |
| Date of Birth: | XX-XX-1972 | Place of Birth: | Tamuning, Guam - USA |
| SSN: | XXX-XX-9513 | | |

**NOTICE OF COURT ORDER** (Order Date: February 22, 2005 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - Passport returned to defendant.
    ☐ Not Convicted - Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Passport and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**

Case 1:05-cr-00011    Document 93    Filed 10/03/2006    Page 1 of 1